UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  HARRIS-ROGERS, PAMELA

Case No.: 19-15722
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __06/11/19__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
45 Loretto St.
New Brunswick, NJ

Value: $265,000.00

Liens on property: Ditech - $284,000.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 19-15722-CMG
Pamela J. Harris-Rogers                                         Chapter 7
          Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 1         Date Rcvd: May 07, 2019
                              Form ID: pdf905              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db             +Pamela J. Harris-Rogers,    45 Loretto Street,    New Brunswick, NJ 08901-3439
518132673      +Chrysler Capital,    PO Box 660335,    Dallas, TX 75266-0335
518132675      +Enterprise Rental Car,    600 Corporate Park Drive,    Saint Louis, MO 63105-4211
518132676      +Henry Rogers,    45 Loretto Street,    New Brunswick, NJ 08901-3439
518132677      +KML Law Group,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
518132681       PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
518132680       Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 23:44:49     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 23:44:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518132671       E-mail/Text: bcwrtoff@cablevision.com May 07 2019 23:45:30     Cablevision,    111 Stewart Ave,
                 Bethpage, NY 11714
518132672      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 07 2019 23:51:31     Capitol One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
518132674       E-mail/Text: bankruptcy.bnc@ditech.com May 07 2019 23:44:15     Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
518132678      +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2019 23:44:46     Midland Funding LLC,
                 2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
518132679      +E-mail/PDF: bankruptcy@ncfsi.com May 07 2019 23:50:34     New Century Financial,
                 110 S Jefferson Road,    Suite 104,   Whippany, NJ 07981-1038
518132682       E-mail/Text: appebnmailbox@sprint.com May 07 2019 23:44:44     Sprint,
                 Attn: Bankruptcy Department,    PO Box 7949,   Overland Park, KS 66207
518132683       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com May 07 2019 23:50:19
                 T-Mobile Customer Relations,    P.O. Box 37380,    Albuquerque, NM 87176-7380
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
          Joseph Casello    on behalf of Debtor Pamela J. Harris-Rogers jcasello@cvclaw.net,
           jcasello627@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```