**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 19−15722−CMG | **DATE FILED::** 3/21/19 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): Pamela J. Harris−Rogers   xxx−xx−9482 | ADDRESS OF DEBTOR(S): 45 Loretto Street  New Brunswick, NJ 08901 |
| DEBTOR'S ATTORNEY: Joseph Casello  Collins, Vella & Casello  2317 Route 34 South  Suite 1A  Manasquan, NJ 08736  (732) 751−1766 | TRUSTEE: Barry R. Sharer  Sharer Petree Brotz & Snyder  1103 Laurel Oak Road  Suite 105B  Voorhees, NJ 08043  856−282−0998 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

8/5/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: May 9, 2019

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-15722-CMG
Pamela J. Harris-Rogers                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: May 09, 2019
                              Form ID: noa             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db          +Pamela J. Harris-Rogers,    45 Loretto Street,    New Brunswick, NJ 08901-3439
518132673   +Chrysler Capital,    PO Box 660335,    Dallas, TX 75266-0335
518132675   +Enterprise Rental Car,    600 Corporate Park Drive,    Saint Louis, MO 63105-4211
518132676   +Henry Rogers,    45 Loretto Street,    New Brunswick, NJ 08901-3439
518132677   +KML Law Group,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
518132681    PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518132680    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 23:53:59      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 23:53:57      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518132671    E-mail/Text: bcwrtoff@cablevision.com May 09 2019 23:54:47      Cablevision,    111 Stewart Ave,
               Bethpage, NY 11714
518132672   +EDI: CAPITALONE.COM May 10 2019 04:14:00      Capitol One,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
518132674    E-mail/Text: bankruptcy.bnc@ditech.com May 09 2019 23:53:35      Ditech,    PO Box 6172,
               Rapid City, SD 57709-6172
518132678   +EDI: MID8.COM May 10 2019 04:14:00      Midland Funding LLC,    2365 Northside Drive,    Suite 300,
               San Diego, CA 92108-2709
518132679   +E-mail/PDF: bankruptcy@ncfsi.com May 10 2019 00:01:32      New Century Financial,
               110 S Jefferson Road,    Suite 104,    Whippany, NJ 07981-1038
518132682    EDI: NEXTEL.COM May 10 2019 04:13:00      Sprint,    Attn: Bankruptcy Department,    PO Box 7949,
               Overland Park, KS 66207
518132683    EDI: AISTMBL.COM May 10 2019 04:13:00      T-Mobile Customer Relations,    P.O. Box 37380,
               Albuquerque, NM 87176-7380
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
          Joseph Casello    on behalf of Debtor Pamela J. Harris-Rogers jcasello@cvclaw.net,
           jcasello627@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5