UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: _____

Case No.: _____

Chapter: _____

Judge: _____

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:

If an objection is filed, a hearing will be held before the Honorable_____ on _____ at _____ a.m. at the United States Bankruptcy Court, courtroom no. _____, _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal injury due to slip and fall which required surgery on the debtor's foot. Suit was filed in Superior Court of New Jersey

Pertinent terms of settlement: Special counsel for the Trustee has recommended settlement with the bankruptcy estate receiving gross settlement of $75,000.00. Upon approval by the court, payment to be made to the Trustee within 10 business days.

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee

Address: 1103 Laurel Oak Rd., Suite 105B Voorhees, NJ 08043

Telephone No.: 856-435-3200

*rev.8/1/15*