UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                        Case No.:     19-15722

HARRIS-ROGERS, PAMELA            Chapter:     7

                                                                    Judge:     CMG

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

         Barry R. Sharer,          ,          Trustee          , in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:    Clerk
United States Bankruptcy Court
402 E. State St.
Trenton, NJ

If an objection is filed, a hearing will be held before the Honorable _____ on    March 15, 2022    at    10:00    a.m. at the United States Bankruptcy Court, courtroom no.    3    ,    402 E. State Street, Trenton, NJ 08609    (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:    Personal injury due to slip and fall which required surgery on the debtor's foot. Suit was filed in Superior Court of New Jersey

Pertinent terms of settlement: Special counsel for the Trustee has recommended settlement with the bankruptcy estate receiving gross settlement of $75,000.00. Upon approval by the court, payment to be made to the Trustee within 10 business days.

Objections must be served on, and requests for additional information directed to:

Name:          Barry R. Sharer, Trustee

Address:          1103 Laurel Oak Rd., Suite 105B Voorhees, NJ 08043

Telephone No.:          856-435-3200

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Pamela J. Harris-Rogers  
    Debtor

Case No. 19-15722-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Feb 16, 2022      Form ID: pdf905      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela J. Harris-Rogers, 18 Amy Dr, North Brunswick, NJ 08902-5543 |
| sp | + | Michael S. Noonan, Clark and Clark, LLC, 1514 State Rt. 138, Suite 3, Wall, NJ 07719-3790 |
| 518132674 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 518132675 | + | Enterprise Rental Car, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 518132676 | + | Henry Rogers, 45 Loretto Street, New Brunswick, NJ 08901-3439 |
| 518132681 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 16 2022 20:31:00 | Santander Consumer USA Inc., dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 518132671 | | Email/Text: bcwrtoff@cablevision.com | Feb 16 2022 20:31:00 | Cablevision, 111 Stewart Ave, Bethpage, NY 11714 |
| 518259512 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2022 20:29:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518132672 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2022 20:29:33 | Capitol One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518132673 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 16 2022 20:31:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 518377514 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2022 20:31:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518132678 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2022 20:31:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518132679 | + | Email/PDF: bankruptcy@ncfsi.com | Feb 16 2022 20:29:34 | New Century Financial, 110 S Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 518132680 | | Email/Text: signed.order@pfwattorneys.com | Feb 16 2022 20:31:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518132682 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 16 2022 20:29:11 | Sprint, Attn: Bankruptcy Department, PO Box 7949, Overland Park, KS 66207 |
| 518132683 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |

| | Feb 16 2022 20:29:32 | T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518132677 | ##+ | KML Law Group, 216 Haddon Avenue, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry R. Sharer | on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Barry R. Sharer | CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Casello | on behalf of Debtor Pamela J. Harris-Rogers jcasello@cvclaw.net jcasello627@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6