Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−15722−CMG
                Chapter:  7
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pamela J. Harris−Rogers
   18 Amy Dr
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−9482

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Personal injury action.


Dated: March 10, 2022
JAN: wdr

                                                Jeanne Naughton
                                                Clerk