Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−15722−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pamela J. Harris−Rogers
   18 Amy Dr
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−9482

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      5/17/22
Time:      02:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Michael S. Noonan, Special Counsel

COMMISSION OR FEES
Fees: $20,691.66

EXPENSES
$12,297.97

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 26, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 19-15722-CMG

Pamela J. Harris-Rogers                                                                                   Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                    Page 1 of 2
Date Rcvd: Apr 26, 2022                        Form ID: 137                                   Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela J. Harris-Rogers, 18 Amy Dr, North Brunswick, NJ 08902-5543 |
| sp | + | Michael S. Noonan, Clark and Clark, LLC, 1514 State Rt. 138, Suite 3, Wall, NJ 07719-3790 |
| 518132674 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 518132675 | + | Enterprise Rental Car, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 518132676 | + | Henry Rogers, 45 Loretto Street, New Brunswick, NJ 08901-3439 |
| 518132681 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2022 20:34:00 | Santander Consumer USA Inc., dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 518132671 | | Email/Text: bcwrtoff@cablevision.com | Apr 26 2022 20:34:00 | Cablevision, 111 Stewart Ave, Bethpage, NY 11714 |
| 518259512 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2022 20:45:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518132672 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2022 20:45:16 | Capitol One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518132673 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2022 20:34:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 518377514 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2022 20:34:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518132678 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2022 20:34:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518132679 | + | Email/PDF: bankruptcy@ncfsi.com | Apr 26 2022 20:45:26 | New Century Financial, 110 S Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 518132680 | | Email/Text: signed.order@pfwattorneys.com | Apr 26 2022 20:33:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518132682 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 26 2022 20:45:25 | Sprint, Attn: Bankruptcy Department, PO Box 7949, Overland Park, KS 66207 |
| 518132683 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |

|  | Apr 26 2022 20:45:25 | T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518132677 | ##+ | KML Law Group, 216 Haddon Avenue, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry R. Sharer | on behalf of Spec. Counsel Michael S. Noonan CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Barry R. Sharer | on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Barry R. Sharer | CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Casello | on behalf of Debtor Pamela J. Harris-Rogers jcasello@cvclaw.net jcasello627@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7