

Order Filed on May 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BARRY R. SHARER, TRUSTEE**<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>**Chapter 7 Trustee** | |
| In Re:<br><br>**PAMELA HARRIS-ROGERS** | Case No.: 19-15722<br><br>Chapter 7<br><br>Hearing Date: 05/17/22 @ 2:00PM<br><br>Judge: Christine M. Gravelle |

**ORDER AWARDING COMPENSATION AND EXPENSES**
**FOR THE SPECIAL COUNSEL TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: May 17, 2022**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:      **PAMELA HARRIS-ROGERS**

Case No.:    19-15722/CMG

Caption of Order: Order Approving Fees and Expenses for Special Counsel to the Trustee

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

<u>APPLICANT</u>

| | |
|---|---|
| FEES: | $20,691.66 |
| EXPENSES | $12,297.97 |
| TOTAL: | $32,989.63 |