

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BARRY R. SHARER, TRUSTEE**<br>**Sharer Petree Brotz & Snyder**<br>**1103 Laurel Oak Road**<br>**Suite 105B**<br>**Voorhees, NJ 08043**<br>**(856)435-3200**<br>**Chapter 7 Trustee** | **Order Filed on May 17, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
|---|---|
| In Re:<br><br>**PAMELA HARRIS-ROGERS** | Case No.: 19-15722<br><br>Chapter 7<br><br>Hearing Date: 05/17/22 @ 2:00PM<br><br>Judge: Christine M. Gravelle |

**ORDER AWARDING COMPENSATION AND EXPENSES
FOR THE SPECIAL COUNSEL TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: May 17, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:     **PAMELA HARRIS-ROGERS**

Case No.:   19-15722/CMG

Caption of Order: Order Approving Fees and Expenses for Special Counsel to the Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

<u>APPLICANT</u>

| | |
|---|---|
| FEES: | $20,691.66 |
| EXPENSES | $12,297.97 |
| TOTAL: | $32,989.63 |

United States Bankruptcy Court
District of New Jersey

In re:  
Pamela J. Harris-Rogers  
    Debtor

Case No. 19-15722-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: May 17, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela J. Harris-Rogers, 18 Amy Dr, North Brunswick, NJ 08902-5543 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Barry R. Sharer  
    on behalf of Spec. Counsel Michael S. Noonan CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Barry R. Sharer  
    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Barry R. Sharer  
    CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

John R. Morton, Jr.  
    on behalf of Creditor Santander Consumer USA Inc.  dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Joseph Casello  
    on behalf of Debtor Pamela J. Harris-Rogers jcasello@cvclaw.net jcasello627@gmail.com

Kevin Gordon McDonald  
    on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7