Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−15722−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Pamela J. Harris−Rogers
18 Amy Dr
North Brunswick, NJ 08902

Social Security No.:
xxx−xx−9482

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE:       June 21, 2022
TIME:       02:00 PM
LOCATION:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $75,000.00
TOTAL DISBURSEMENTS:    $35,882.00
BALANCE ON HAND:        $39,118.00

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Barry Sharer, Trustee

COMMISSION OR FEES
$4,648.00

EXPENSES
$0

The trustee's application to abandon the following property will be heard and acted upon:
none

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: May 20, 2022
JAN: wdr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 19-15722-CMG

Pamela J. Harris-Rogers                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                          Page 1 of 2

Date Rcvd: May 20, 2022                               Form ID: 192                                    Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela J. Harris-Rogers, 18 Amy Dr, North Brunswick, NJ 08902-5543 |
| sp | + | Michael S. Noonan, Clark and Clark, LLC, 1514 State Rt. 138, Suite 3, Wall, NJ 07719-3790 |
| 518132674 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 518132675 | + | Enterprise Rental Car, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 518132676 | + | Henry Rogers, 45 Loretto Street, New Brunswick, NJ 08901-3439 |
| 518132681 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 20 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 20 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 20 2022 20:42:00 | Santander Consumer USA Inc., dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 518132671 | | Email/Text: bcwrtoff@cablevision.com | May 20 2022 20:42:00 | Cablevision, 111 Stewart Ave, Bethpage, NY 11714 |
| 518259512 | + | Email/PDF: ebn_ais@aisinfo.com | May 20 2022 20:47:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518132672 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 20 2022 20:46:52 | Capitol One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518132673 | + | Email/Text: enotifications@santanderconsumerusa.com | May 20 2022 20:42:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 518377514 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2022 20:42:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518132678 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2022 20:42:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518132679 | + | Email/PDF: bankruptcy@ncfsi.com | May 20 2022 20:46:43 | New Century Financial, 110 S Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 518132680 | | Email/Text: signed.order@pfwattorneys.com | May 20 2022 20:41:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518132681 | ^ | MEBN | May 20 2022 20:40:42 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |

| 518132682 | Email/PDF: ais.sprint.ebn@aisinfo.com | | | |
|---|---|---|---|---|
| | | May 20 2022 20:46:41 | Sprint, Attn: Bankruptcy Department, PO Box 7949, Overland Park, KS 66207 | |
| 518132683 | Email/PDF: ais.tmobile.ebn@aisinfo.com | | | |
| | | May 20 2022 20:46:40 | T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380 | |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518132677 | ##+ | KML Law Group, 216 Haddon Avenue, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry R. Sharer | on behalf of Spec. Counsel Michael S. Noonan CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Barry R. Sharer | on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Barry R. Sharer | CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Casello | on behalf of Debtor Pamela J. Harris-Rogers jcasello@cvclaw.net jcasello627@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7