| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, TRUSTEE<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(609) 332-6346<br>Chapter 7 Trustee | **Order Filed on June 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>HARRIS-ROGERS, PAMELA J.<br><br>           Debtor(s) | Case No.: 19-15722<br><br>Hearing Date:<br><br>Judge: CHRISTINE M. GRAVELLE |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages. numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 21, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: HARRIS-ROGERS, PAMELA J.

Case no: 19-15722

Caption of Order: Order Awarding Trustee's Compensation and Expenses

    Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

    **ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Barry R. Sharer, Chapter 7 Trustee | $4,648.00 | 0.00 |