| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, TRUSTEE<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(609) 332-6346<br>Chapter 7 Trustee | Order Filed on June 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>HARRIS-ROGERS, PAMELA J.<br><br>          Debtor(s) | Case No.: 19-15722<br><br>Hearing Date:<br><br>Judge: CHRISTINE M. GRAVELLE |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages. numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 21, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: HARRIS-ROGERS, PAMELA J.

Case no: 19-15722

<u>Caption of Order: Order Awarding Trustee's Compensation and Expenses</u>

  Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

  **ORDERED**, that compensation and expenses are allowed as follows:

| **APPLICANT** | **COMMISSION/FEES** | **EXPENSES** |
|---|---|---|
| Barry R. Sharer, Chapter 7 Trustee | $4,648.00 | 0.00 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 19-15722-CMG
  Pamela J. Harris-Rogers                                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                                Page 1 of 2
Date Rcvd: Jun 21, 2022                   Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela J. Harris-Rogers, 18 Amy Dr, North Brunswick, NJ 08902-5543 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022                     Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry R. Sharer | on behalf of Spec. Counsel Michael S. Noonan CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Barry R. Sharer | on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Barry R. Sharer | CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Casello | on behalf of Debtor Pamela J. Harris-Rogers jcasello@cvclaw.net jcasello627@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Jun 21, 2022     Form ID: pdf903     Total Noticed: 1

U.S. Trustee
               USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7